# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | : | Bankruptcy Case No. 18-10601 (MFW) |
| | : | |
| Debtor. | : | |
| _____ | : | |
| | : | |
| SPYGLASS MEDIA GROUP, LLC, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C.A. No. 21-1151-MN |
| | : | Bankr. BAP No. 21-57 |
| ROBERT WEINSTEIN, | : | |
| | : | |
| Appellee. | : | |
| _____ | : | |

## **RECOMMENDATION**

At Wilmington this **7th** day of **September, 2021**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

The parties do not agree of whether mediation would be productive.  Appellant believes it would not based on its disagreement with the Bankruptcy Court's ruling and the potential business implications under the Assets Purchase Agreement.  As a result, it requests this matter be removed from mandatory mediation and the following briefing schedule be adopted:

| | |
|---|---|
| Appellant's Opening Brief | September 30, 2021[1] |
| Appellees Answering Brief | November 1, 2021 |
| Appellant's Reply Brief | November 16, 2021 |

Appellee agrees with the lower court's ruling and believes that the matter could be effectively mediated including the business implications under the Asset Purchase Agreement.  Certain necessary financial information previously requested would be required to allow the greatest chance of success for mediation.  If this matter is removed from mandatory mediation, however, he agrees to the proposed briefing schedule of Appellant.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.  No objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1 are anticipated.

Local counsel are obligated to inform out-of-state counsel of this Order.

---

[1] Appellant requests a time of 4:00 p.m. for filing of each of the briefs on their due dates.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge
