IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE:  THE WEINSTEIN COMPANY HOLDINGS LLC, et al. | ) ) | Chapter 11 |
| | ) | Case No. 18-10601 (MFW) |
| Debtors. | ) ) | |
| ———————————————— | ) | |
| | ) | |
| SPYGLASS MEDIA GROUP, LLC, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | C.A. No. 21-1151 (MN) |
| v. | ) | |
| | ) | |
| ROBERT WEINSTEIN, | ) | |
| | ) | |
| Appellee. | ) | |

## <u>ORDER</u>

At Wilmington, this 14th day of September 2021,

WHEREAS, on September 7, 2021, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I. 4) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no objections to the Recommendation are anticipated because the Recommendation is consistent with the parties' positions (D.I. 4 at 2); and

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that the Court ADOPTS and ORDERS the following briefing schedule purposed by the parties (D.I. 4 at 2)[1]:

Appellant's Opening Brief – September 30, 2021

Appellee's Answering Brief –November 1, 2021

Appellant's Reply Brief –November 16, 2021.


The Honorable Maryellen Noreika
United States District Court

---

[1]   Pursuant to the Recommendation, "Appellant requests a time of 4:00 p.m. for filing of each of the briefs on their due dates." (D.I. 4 at n.1). The Recommendation, however, does not set forth Appellee's position on this issue. Therefore, if Appellee agrees with the 4:00 p.m. filing deadline, the briefs shall each be filed by 4:00 p.m. on their due dates. If not, the briefs will be due at 6:00 p.m. consistent with the rules of the District Court.